IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BUDDY LAFAYE TURNER                                                                 PLAINTIFF

v.                                           Case No. 2:15-cv-2119

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 7th day of June, 2016.

/s/ P. K. Holmes, III
_____
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE